IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS LAMONT COFFEE,

    Plaintiff,                    No. CIV-S-09-0134 WBS DAD (TEMP) P

    vs.

D.K. SISTO, et al.,

    Defendants.             <u>ORDER</u>

        /

        On January 28, 2011, defendants filed a motion for summary judgement. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action be pursuant Federal Rule of Civil Procedure 41(b).

DATED: March 9, 2011.

                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:kc
coff0134.46